Opinion filed April 10, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed April 10, 2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00064-CV

                        __________

 

                                    KARLENE REID, M.D., Appellant

 

                                                             V.

 

            AURORA MEDINA,
INDIVIDUALLY, AS WRONGFUL DEATH

   BENEFICIARY OF TOBY
MEDINA, DECEASED, ON BEHALF OF ALL

WRONGFUL DEATH
BENEFICIARIES OF TOBY MEDINA, DECEASED,

 AND ON BEHALF OF THE
ESTATE OF TOBY MEDINA, DECEASED, Appellee

 



 

                                         On
Appeal from the 385th District Court

 

                                                         Midland
County, Texas

 

                                                 Trial
Court Cause No. CV45970

 



 

                                             M
E M O R A N D U M   O P I N I O N

Karlene
Reid, M.D. has filed in this court an agreed motion to withdraw her notice of
appeal.  In her motion, Dr. Reid states that the trial court has granted an
extension of thirty days to allow compliance with the statutory requirements
for an expert=s report
and that, therefore, her appeal is moot.








The
motion is granted, and the appeal is dismissed.

 

 PER CURIAM

 

April 10, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.